UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-00084 JSW-1 |
| Plaintiff(s), | **ORDER OF RELEASE** |
| v. | |
| CARL G. SCHILBE, | |
| Defendant(s). | |

This matter having come before the Court on February 13, 2013: Defendant, **Carl G. Schilbe** is **ORDERED** released from custody; and it is further **ORDERED** that he be transported and returned to the Psychiatric Unit of the Salvation Army Harbor Light Recovery Residential Center.

Dated: February 13, 2013

_____
Maria-Elena James
United States Magistrate Judge